[No. 2359. Decided January 27, 1897.]

P. LAURENDEAU, *Appellant*, v. PETER FUGELLI, *Respondent*.

DISMISSAL OF APPEAL — BOND PREMATURELY FILED.

An appeal is ineffectual, where notice of appeal is not given un-til after the filing of the bond, the latter having in fact been filed prior to the entry of the judgment appealed from.

Appeal from Superior Court, Kittitas County.—Hon. CARROLL B. GRAVES, Judge. Appeal dismissed.

*Edward Pruyn*, and *L. A. Vincent*, for appellant.

*H. J. Snively*, for respondent.

*Per Curiam.*—The motion to dismiss this appeal
will have to be sustained. Passing the form of the
bond, which in no manner describes or attempts to
describe the judgment which is sought to be appealed
from, the record shows that the judgment of non-suit
was granted on the 13th day of September, 1893, but
was not entered until the 11th day of September, 1894,
when, on motion of plaintiff, the judgment was entered
*nunc pro tunc.* On the 8th day of September, three
days before the entry of the same, the appeal bond
above referred to was executed, but the notice of ap-
peal was not given until the 12th day of September,
1894, four days after the filing of the bond. The ap-
peal will therefore be dismissed.